# NO. 12-19-00355-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MARIA MARGARITA REYNOLDS,*<br>*APPELLANT* | § | *APPEAL FROM THE 369TH* |
| *V.* | | |
| | § | *JUDICIAL DISTRICT COURT* |
| *JON DILLON REYNOLDS AND IN*<br>*THE INTEREST OF A.D.R. & J.D.R.,*<br>*CHILDREN,*<br>*APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

On October 31, 2019, the clerk of this Court notified Appellant, Maria Margarita Reynolds, that the filing fee in this appeal is due. *See* TEX. R. APP. P. 5. Appellant was informed that failure to remit the filing fee on or before November 12, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The date for remitting the filing fee has passed, and Appellant has not complied with the Court's request.

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered November 27, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 27, 2019**

**NO. 12-19-00355-CV**

**MARIA MARGARITA REYNOLDS,**
Appellant
V.
**JON DILLON REYNOLDS AND IN THE INTEREST
OF A.D.R. & J.D.R., CHILDREN,**
Appellee

Appeal from the 369th District Court
of Anderson County, Texas (Tr.Ct.No. DCCV19-0803-369)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*